# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROBBY TRUMAN SHERRILL,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                  CASE NO. 5:06CV29-3-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2006, Order.

Signed: February 24, 2006

Frank G. Johns, Clerk
United States District Court